THE INDIANAPOLIS AND CINCINNATI R. R. Co. *v.* STURM.

APPEAL from the Dearborn Common Pleas.

PER CURIAM.—This case comes before us solely on the evidence, which we have examined with some care, and which, we conclude, with some hesitation, sustains the finding below.

The judgment below is affirmed, with costs.

*D. S. Major* and *O. B. Liddell,* for appellant.

*W. H. Bainbridge,* for appellee.